# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4837

_____

JOHN FRANCES,

Appellant,

v.

BAYOU BREEZE CONDOMINIUM
a/k/a PENSACOLA EXECUTIVE
HOUSE CONDOMINIUM, INC.; ITS
OFFICERS, DIRECTORS, AGENTS,
SERVANTS, and/or EMPLOYEES
individually and/or in their
official capacities; CHARLES D.
CROSS; BOBBY J. TRAMMEL; and
KATHIE W. PETKOVIC,

Appellees.

_____


On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

March 29, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

John Frances, pro se, for Appellant.

Sharon Delene Regan, Pensacola, for Appellees.